**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00881-CV

## MOHAMED AHMED EL-RAYES, Appellant

## V.

## JONG LEE, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-03631-D**

## ORDER

Before the Court is appellant's November 19, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 19, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    KEN MOLBERG
       JUSTICE